[No. 70531-8-I. Division One. January 20, 2015.]

*In the Matter of the Parenting and Support of* E.J.R.

MICHAEL JOHN RODERICK, JR., *Appellant*, v. BRENDA JEANNE LYNN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-3-04432-9, Sean Patrick O'Donnell, J., entered June 3, 2013. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler and Trickey, JJ.

[Nos. 70562-8-I; 71260-8-I. Division One. January 20, 2015.]

ZACHARY HARJO, *Appellant*, v. GELSEY HANSON, *Respondent*.

Appeals from judgments of the Superior Court for King County, No. 09-2-25941-1, Julie A. Spector, J., entered May 28 and June 10, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Schindler and Lau, JJ.

[No. 70597-1-I. Division One. January 20, 2015.]

ARTHUR WEST, *Appellant*, v. PETE HOLMES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, Nos. 12-2-33102-2, Barbara Linde, J., entered May 10, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Verellen, A.C.J., and Lau, J.

[No. 70623-3-I. Division One. January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DEVENEE JEAN KELTNER, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-1-01054-5, Dave Needy, J., entered July 10, 2013. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.